THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN KING, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court

* Revd. 264 N. Y. 331.

of Appeals dismissed. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.